```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH FOSTER,                                              :
                                                            :
                              Plaintiff(s),                 :
                                                            :        21-cv-1400 (VSB)
              -against-                                     :
                                                            :           ORDER
                                                            :
MONTICELLO MOTOR CLUB SALES                                 :
AND MANAGEMENT and MANAGING                                 :
PARTNER ARI STRAUS,                                         :
                                                            :
                              Defendant(s).                 :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021

VERNON S. BRODERICK, United States District Judge:

Pursuant to the Case Management Plan and Scheduling Order issued on June 14, 2021, the post-discovery conference was scheduled for January 23, 2022, which is a Sunday. (*See* Doc. 23 ¶ 11.) Therefore, it is HEREBY ORDERED that the post-discovery conference will be moved to Thursday January 13, 2022, at 2:30 PM.

SO ORDERED.

Dated: October 19, 2021
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge