UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH FOSTER,

                       Plaintiff,

              -against-

MONTICELLO MOTOR CLUB SALES
AND MANAGEMENT, et al.,

                     Defendants.
------------------------------------------------------------X

21-cv-1400 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      On August 2, 2022, the parties in this case filed a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 37.)  The stipulation is currently under review by the Clerk's Office.  (*See id*.)  Accordingly, it is hereby:

      ORDERED that the post-discovery conference currently scheduled for August 4, 2022 in this matter is adjourned *sine die*.

SO ORDERED.

Dated: August 3, 2022
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge