UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOSEPH FOSTER,

                        Case No. 21 Civ. 1400 (VSB)

           Plaintiff,

      -against-

MONTICELLO MOTOR CLUB SALES AND      ~~PROPOSED~~ **JUDGMENT**
MANAGEMENT AND MANAGING PARTNER
ARI STRAUS,
                Defendants.
---------------------------------------------------------------X

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that upon Plaintiff's timely

acceptance of Defendants' Offer of Judgment made in accordance with Rule 68 of the Federal

Rules of Civil Procedure, the Clerk of Court is directed to enter full and final judgment in the

total amount ten thousand ($10,000.00) in favor of Plaintiff, Joseph Foster, and against

Defendants, Monticello Motor Club Sales and Managing Partner, Ari Straus, in full and final

resolution of this matter.

        This judgment amount is inclusive of any costs, fees, and interest that may otherwise be

had in this matter.


Dated: September 16, 2022          **SO ORDERED**

Vernon S. Broderick
United States District Judge